JOHN L. MILLING v. JOHN MAKRIDAKIS.

September 5, 1984.

Petition for certification granted.

THELMA CUCINOTTA v. STATE OF NEW JERSEY,
DEPARTMENT OF LABOR.

September 5, 1984.

Petition for certification denied.

RICHARD DESTASIO v. NEW JERSEY RACING COMMISSION.

September 5, 1984.

Petition for certification granted.

CITY OF NEWARK v. BLOCK 330, LOT 3, (72 PARK AVENUE)
AND BLOCK 6, LOT 5, (30 WALNUT STREET).

September 5, 1984.

Petition for certification denied.